**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1780**

---

KEVIN DONNELL MURPHY,

        Plaintiff - Appellant,

    v.

MARY A. JACKSON, U.S. Naval Research Laboratory; UNITED STATES NAVAL RESEARCH LABORATORY,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:24-cv-01588-JRR)

---

Submitted:  November 25, 2025                    Decided:  December 1, 2025

---

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kevin Donnell Murphy, Appellant Pro Se. Megan Lynn Micco Mallis, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Donnell Murphy appeals the district court's order dismissing without prejudice his civil complaint in part for lack of subject matter jurisdiction and in part for failure to state a claim.[*]   We have reviewed the record and find no reversible error. Accordingly, we deny Murphy's motion for summary disposition and emergency relief, and affirm the district court's order.  *Murphy v. Jackson*, No. 1:24-cv-01588-JRR (D. Md. May 20, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's order is a final, appealable order because the court did not grant Murphy leave to amend his complaint.  *Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).